1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     CHRISTOPHER CHARLES CLARK,              No.  2:23-cv-1524 CKD P

12                      Petitioner,

13           v.                                 ORDER AND

14     KATHLEEN ALLISON,                        FINDINGS AND RECOMMENDATIONS

15                      Respondent.

16

17           On August 29, 2023, petitioner's petition for a writ of habeas corpus was dismissed and

18     thirty days leave to file an amended petition was granted.  The thirty-day period has now expired,

19     and petitioner has not filed an amended petition.

20           Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district

21     court judge to this case; and

22           IT IS HEREBY RECOMMENDED that this action be dismissed.

23           These findings and recommendations are submitted to the United States District Judge

24     assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25     after being served with these findings and recommendations, petitioner may file written

26     objections with the court.  Such a document should be captioned "Objections to Magistrate

27     Judge's Findings and Recommendations."  In his objections petitioner may address whether a

28     certificate of appealability should issue in the event he files an appeal of the judgment in this

1

case.  See Rule 11, Federal Rules Governing Section 2254 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant).  Where, as here, a habeas petition is dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling;' and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'"  Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)).  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 12, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
clar1524.fta

2